UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NATALIE WHEELER,

                       Plaintiffs,

      -against-

EMERALD PEEK REHABILITATION
AND NURSING CENTER.

                       Defendant.

---------------------------------------------------------------X

22-CV-7886 (KMK)(VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint status letter by no later than October 27, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
                October 4, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge