UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Wheeler

                              Plaintiffs,        **ORDER RE STATUS CONFERENCE**

           -against-                      7:22-cv-07886-KMK-VR

Emerald Peek Rehabilitation
and Nursing Center,

                            Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for February 27, 2024, at 10 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                 January 9, 2024

                                                                       _____
                                                                       VICTORIA REZNIK
                                                                       United States Magistrate Judge